UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

AO "ALPHA-BANK",

Petitioner.

v.

26-mc-00361 (JLR)

BANK OF NEW YORK MELLOW; CITIBANK N.A.; JPMORGAN CHASE, N.A.; DEUTSCHE BANK TRUST COMPANY AMERICAS; and BANK OF AMERICA, N.A.,

<u>ORDER</u>

Respondents.

---------------------------------------------------------------------------x

JENNIFER L. ROCHON, United States District Judge:

On July 21, 2026, Applicant AO "Alpha-bank" filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). Dkt.1. Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*."), the Court will not do so absent a demonstrated basis.

If Applicant believes there is a basis to proceed *ex parte*, it shall file a letter motion seeking leave to do so **within three days of the date of this Order (July 31, 2026)**. In the absence of such a motion, Applicant shall serve on Respondents a copy of the Application and supporting papers, together with a copy of this Order, no later than **August 4, 2026**, and file proof of such service on the docket. In addition, Applicant shall serve those same papers on Krasnobrodsky Yuzhny ("Yuzhny") — the party against whom the requested discovery is likely to be used — by the same date, also filing proof of service on the docket. *See Application of*

*Sarrio, S.A.*, 119 F.3d 143, 148 ("[T]he ultimate targets of a § 1782 discovery order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)). Respondents and Yuzhny shall file any opposition to this Application no later than **two weeks from the date on which they are served**. Applicant's reply, if any, shall be due **one week from the date upon which the opposition is filed**.

If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

Dated: July 28, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge