UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

AO "ALPHA-BANK",

Petitioner.

v.

26-mc-00361 (JLR)

BANK OF NEW YORK MELLOW; CITIBANK N.A.; JPMORGAN CHASE, N.A.; DEUTSCHE BANK TRUST COMPANY AMERICAS; and BANK OF AMERICA, N.A.,

ORDER

Respondents.

--------------------------------------------------------------------------x

JENNIFER L. ROCHON, United States District Judge:

On July 21, 2026, Applicant AO "Alpha-bank" filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). Dkt.1. On July 28, 2026, the Court issued an order regarding Applicant's basis to proceed *ex parte* and service. Dkt. 3 (the "Order"). On July 29, 2026, Applicant confirmed it does not seek leave to further proceed *ex parte*, asked for clarification regarding the Court's Order, and requested that service be effectuated upon counsel. Dkt. 4.

The Court amends its prior Order only to remove Applicant's service requirement on Krasnobrodsky Yuzhny, and replace it instead with Kipford Ventures Limited ("Kipford"), Dmitri Ananyev, and Lyudmila Ananyeva (the "Ananyevs"). Therefore, Applicant shall serve on Respondents a copy of the Application and supporting papers, together with a copy of this Order, no later than **August 4, 2026**, and file proof of such service on the docket. In addition, Applicant shall serve those same papers on Kipford and the Ananyevs — the parties against whom the requested discovery is likely to be used — by the same date, also filing proof of

service on the docket. *See Application of Sarrio, S.A.*, 119 F.3d 143, 148 ("[T]he ultimate targets of a § 1782 discovery order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)). Respondents, Kipford, and the Ananyevs shall file any opposition to this Application no later than **two weeks from the date on which they are served**. Applicant's reply, if any, shall be due **one week from the date upon which the opposition is filed**.

Applicant's request that service be provided upon counsel for Kipford, Dmitri Ananyev, and Lyudmila Ananyeva in the respective foreign actions by electronic mail and by international courier (FedEx or DHL) is GRANTED.

If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 4.

Dated: July 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge